UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL JOSEPH EKDAHL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ, Warden,<br><br>　　　　Respondents. | ) Case No.: 1:13-cv-00542-AWI-JLT<br>)<br>) ORDER TO RESPONDENT AND HIS<br>) ATTORNEY OF RECORD TO SHOW CAUSE<br>) WHY SANCTIONS SHOULD NOT BE IMPOSED<br>) FOR THEIR FAILURE TO COMPLY WITH THE<br>) COURT'S ORDER<br>)<br>) |

　　　　On September 3, 2014, the Court ordered Respondent to lodge the entire transcript of Petitioner's April 24, 2014 parole hearing within thirty days. (Doc. 33). To date, Respondent has not complied with the Court's order to produce the transcript.

　　　　On January 20, 2015, Respondent filed his answer along with various exhibits. (Doc. 39). The Answer repeats the argument Respondent first raised in the motion to dismiss, i.e., that the Court lacks habeas jurisdiction because even if the disciplinary hearing were reversed and expunged, it would not necessarily accelerate the date on which Petitioner would be released on parole. However, *Respondent has never filed a complete transcript* of that April 24, 2014 hearing.

## ORDER

　　　　Therefore, within 14 days, **Respondent and his attorney of record** are **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for his failure to comply with the Court's order

1  to lodge a complete transcript of the April 24, 2014 parole hearing.  Alternatively, within this same 14-
2  day period, Respondent and his counsel may lodge a true and correct copy of the entire April 24, 2014
3  transcript as previously ordered.

5  IT IS SO ORDERED.

6  Dated:   **January 29, 2015**                              **/s/ Jennifer L. Thurston**
7                                                                                       UNITED STATES MAGISTRATE JUDGE