UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL JOSEPH EKDAHL,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ, Warden,<br><br>    Respondent. | Case No.: 1:13-cv-00542-AWI-JLT<br><br>ORDER GRANTING NUNC PRO TUNC PETITIONER'S REQUEST FOR JUDICIAL NOTICE<br><br>(Doc. 44) |

    In support of his traverse, Petitioner filed a request for judicial notice of documents issued by the Board of Parole Hearings. (Doc. 44) Respondent did not oppose this request. When considering the merits of Petitioner's claims, the Court considered and relied upon these documents. (Doc. 45 at 13, n. 4) However, the Court failed to explicitly rule on Petitioner's motion at that time.

    The Court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). The record of the Board of Parole Hearings is a source whose accuracy cannot reasonably be questioned, and judicial notice may be taken of these records. Mullis v. United States Bank. Ct., 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir.); see also Colonial Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club, Inc., 615 F.2d 736, 738 (6th. Cir. 1980). Therefore, the Court **GRANTS** Petitioner's request

that the Court take judicial notice (Doc. 44) of the records proffered by Plaintiff nunc pro tunc.

IT IS SO ORDERED.

Dated:   **February 12, 2016**                              **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE